# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-1019**  **September Term, 2007**

07mc549

Filed On:

Jackson Hospital Corporation, *d/b/a* Kentucky River Medical Center,
      Petitioner

v.

National Labor Relations Board,
      Respondent

---

United Steelworkers of America,
      Intervenor

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

NOV - 9 2007

CLERK

---

Consolidated with 04-1046

**BEFORE:**  Henderson, Tatel, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the petition of the National Labor Relations Board for adjudication in civil contempt and other civil relief, the sworn answer thereto, the motion for an order of reference to a special master, the court's order to show cause filed June 19, 2007, the response thereto, including Jackson Hospital Corporation's opposition to the motion for an order of reference to a special master, and the reply, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for an order of reference to a special master be granted. It is

**FURTHER ORDERED** that the Honorable John M. Facciola, United States Magistrate Judge of the United States District Court for the District of Columbia be, and hereby is, appointed Special Master. The Clerk shall forthwith furnish the Special Master with a certified copy of this order. It is