UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACKSON HOSPITAL CORPORATION,

    Petitioner,

    v.

NATIONAL LABOR RELATIONS BOARD,

    Respondent.

Misc. Action No. 07-549 (JMF)

**ORDER**

    Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola **to act as a Special Master.**

    Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. All matters in the above captioned case should be addressed to the law clerk assigned to this action: **Sara B. Podger, Esq. at 202/354-3131.**

December 17, 2007
cc:    Counsel
        Judge
        Files
        Chambers

/S/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE