**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,**<br><br>Petitioner,<br><br>v.<br><br>**JACKSON HOSPITAL CORPORATION, d/b/a/ KENTUCKY RIVER MEDICAL CENTER,**<br><br>Respondent. | Misc. Action No. 07-549 (JMF) |

**ORDER**

**IT IS ORDERED THAT** a status conference will be held in this case on January 25, 2008, at 2:00 PM in Courtroom No. 6. In preparation for that conference, the parties are directed to confer by telephone as to the following issues:

1. Do the parties wish to file additional briefs or pleadings? If so, what deadlines should be set for such filings?

2. Should the court permit the parties to engage in discovery prior to the hearing?

3. What is the anticipated length of the hearing?

4. Should the court permit certain witnesses to testify by videoconference in the interests of convenience and sparing unnecessary expense?

In the interests of sparing unnecessary expense, counsel may participate in this conference by telephone. Counsel should call my chambers to make the appropriate arrangements. This conference will be on the record.

**SO ORDERED.**

Dated: January 16, 2008                              /s/
                                                                        JOHN M. FACCIOLA
                                                                        UNITED STATES MAGISTRATE JUDGE