AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

National Labor Relations Board,

        Plaintiff(s)    )
                          )   **APPEARANCE**
                          )
            vs.            )   CASE NUMBER   07-mc-549 (JMF)

Jackson Hospital Corporation, d/b/a Kentucky River Medical Center

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Stanley R. Zirkin, Esq.  as counsel in this
                                        (Attorney's Name)

case for:  National Labor Relations Board
                   (Name of party or parties)

February 1, 2008
Date

*/s/ Stanley R. Zirkin*
Signature

Stanley R. Zirkin
Print Name

64683
BAR IDENTIFICATION

1099 14th Street, NW, Suite 10700
Address

Washington, DC 20005
City      State      Zip Code

(202) 273-3739
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

National Labor Relations Board,

        Plaintiff(s)    )
                               )  **APPEARANCE**
                               )
              vs.         )  CASE NUMBER   07-mc-549 (JMF)
Jackson Hospital Corporation, d/b/a  )
Kentucky River Medical Center,     )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Daniel F. Collopy**  as counsel in this
(Attorney's Name)

case for:  **National Labor Relations Board**
(Name of party or parties)

February 6, 2008
Date

Federal Government Attorney
BAR IDENTIFICATION

Signature

Daniel F. Collopy
Print Name

1099 14th Street, N.W., Suite 10710
Address

Washington, D.C.     20005
City   State   Zip Code

(202) 273-3745
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

National Labor Relations Board,

        Plaintiff(s)

vs.

Jackson Hospital Corporation, d/b/a
Kentucky River Medical Centeer
        Defendant(s)

**APPEARANCE**

CASE NUMBER   07-mc-549 (JMF)

To the Clerk of this court and all parties of record:

Please enter the appearance of  David H. Mori, Esquire  as counsel in this
                                    (Attorney's Name)

case for:  National Labor Relations Board
                (Name of party or parties)

February 7, 2008
Date

Federal Government Attorney
BAR IDENTIFICATION

/s/ David H. Mori
Signature

David H. Mori
Print Name

1099 14th Street, NW, Suite 10700
Address

Washington, DC 20005
City   State   Zip Code

202-273-3743
Phone Number

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 07-mc-549 (JMF) |
| | : | |
| | : | |
| **JACKSON HOSPITAL CORPORATION, d/b/a KENTUCKY RIVER MEDICAL CENTER,** | : | |
| | : | |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, February 8, 2008, one copy of Plaintiff National Labor Relations Board's Notices of Appearance, on behalf of Stanley Zirkin, Daniel Collopy, and David Mori, were served by email and overnight mail upon Defendant's counsel at the addresses listed below:

Leonard Sachs, Esquire
Howard and Howard
One Technology Plaza, Suite 600
211 Fulton Street
Peoria, IL 61602
lsachs@howardandhoward.com

/s/ David H. Mori_____
David H. Mori
Attorney
Contempt Litigation and Compliance Branch

Dated at Washington, D.C.,
this 8th day of February, 2008.