AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

National Labor Relations Board,

        Plaintiff(s)

vs.

Jackson Hospital Corporation, d/b/a Kentucky River Medical Center

        Defendant(s)

**APPEARANCE**

CASE NUMBER   07-mc-549 (JMF)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Stanley R. Zirkin, Esq.   as counsel in this
                                   (Attorney's Name)

case for:   National Labor Relations Board
                (Name of party or parties)

February 1, 2008
Date

*[signature]*
Signature

Stanley R. Zirkin
Print Name

64683
BAR IDENTIFICATION

1099 14th Street, NW, Suite 10700
Address

Washington, DC 20005
City    State    Zip Code

(202) 273-3739
Phone Number