UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL LABOR RELATIONS BOARD,           :
                                          :
                            Petitioner,   :
                                          :
              v.                          :        No. 1:07-mc-00549
                                          :
JACKSON HOSPITAL CORPORATION , d/b/a      :
 KENTUCKY RIVER MEDICAL CENTER,           :
                                          :
                            Respondent.   :

BOARD'S OPPOSITION TO JACKSON HOSPITAL'S MOTION FOR
ENLARGEMENT OF TIME TO SUBMIT TRANSCRIBED BARGAINING NOTES

The National Labor Relations Board opposes Respondent's Motion for

Enlargement of Time filed on April 29, 2008, for the following reasons:

On January 25, 2008, at the initial status conference, and at the specific

request of Respondent's counsel, U.S. Magistrate Judge John Facciola

established a deadline of April 30, 2008, in which Respondent was required to

submit transcribed bargaining notes of Don Carmody to the Board.  Respondent,

in its motion, seeks a two-week extension in which to produce the transcribed

notes.

The Board has not opposed previous instances where Respondent has

unilaterally granted extensions to itself in which to produce documents, but does

so in this instance because Respondent had more than three months to produce

the transcribed bargaining notes but failed to make certain that adequate steps

were taken to ensure compliance with this Court's January 25, 2008 order.

For the reasons expressed above, the Board requests that Respondent's

Motion for Enlargement of Time be denied.


Respectfully submitted,


/s/ David H. Mori_____
DAVID H. MORI
Trial Attorney
National Labor Relations Board
Contempt Litigation Branch
1099 14th Street, N.W., Suite 10700
Washington, D.C. 20570
(202) 273-3739

Dated at Washington, D.C.
this 5th day of May, 2008.

2

## CERTIFICATE OF SERVICE

I certify that on this date, one copy of the Board's Opposition to Jackson Hospital's Motion for Enlargement Of Time was served on Respondent's counsel by email and by overnight mail at the following address:

Tracy Litzinger, Esquire
Howard and Howard
211 Fulton Street, Suite 600
Peoria, IL 61602

/s/ David H. Mori_____
David H. Mori