UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:07-mc-00549-JMF |
| | ) | |
| v. | ) | U.S. Court of Appeals for |
| | ) | the District of Columbia, 04-01019 |
| JACKSON HOSPITAL CORPORATION, | ) | |
| d/b/a KENTUCKY RIVER MEDICAL CENTER, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR SIX DAY ENLARGEMENT OF TIME**

Jackson Hospital Corporation d/b/a Kentucky River Medical Center ("KRMC"), by Howard & Howard Attorneys, P.C., respectfully seeks a six day enlargement of time to and including May 27, 2008, to complete the production of transcriptions of previously produced bargaining notes taken by Attorney Don T. Carmody, and in support of the Motion, states:

1.     The parties to this matter appeared before the Court by counsel for a status hearing on January 25, 2008, at which time the Court established a deadline of April 30, 2008, for Attorney Don T. Carmody to propound transcriptions of his bargaining notes. On April 30, 2008, counsel for KRMC filed with the Court a Motion for Enlargement of Time seeking a fourteen (14) day extension.

2.     The parties appeared before the Court by counsel for a status hearing on May 7, 2008, at which time counsel for KRMC moved to amend by interlineation KRMC's Motion for Enlargement of Time seeking an extension to and including May 21, 2008, for production of the bargaining note transcripts. After hearing arguments of counsel, the Court granted KRMC's amended Motion for Enlargement of Time.

3. Counsel for KRMC is producing this date transcriptions of the majority of bargaining notes previously produced to the NLRB.

4. Notwithstanding Mr. Carmody's diligent, good faith efforts, he has been unable to complete the transcription project within the prescribed period.

5. Counsel for KRMC has attempted to confer in good faith with the NLRB regarding this motion, but has been unable to speak directly with counsel.

6. The short enlargement of time requested will not materially delay discovery in this matter, because the parties continue to work amicably to resolve other disputes regarding written discovery and because the parties have not yet scheduled depositions.

7. This motion is not made for improper purpose, including unnecessary delay, harassment, or to needlessly increase the cost of litigation.

WHEREFORE, Jackson Hospital Corporation d/b/a Kentucky River Medical Center respectfully requests the Court grant its Motion for a Six Day Enlargement of Time and establish a deadline of May 27, 2008, for the production of transcriptions of previously produced bargaining notes of Attorney Don T. Carmody.

Dated: May 21, 2008.

                          Respectfully submitted,

                          HOWARD & HOWARD ATTORNEYS, P.C.

                          By: /s/ Leonard W. Sachs
                                211 Fulton Street, Suite 600
                                Peoria, IL 61602
                                (309) 999-6313 – direct phone
                                (309) 672-1568 - fax
                                lsachs@howardandhoward.com

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2008, I electronically filed the Motion for a Six Day Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stanley R. Zirkin, Assistant General Counsel
Daniel F. Collopy, Deputy Assistant General Counsel
David H. Mori, Trial Attorney
National Labor Relations Board
Contempt Litigation & Compliance Branch
1099 14th Street, N.W.
Suite 10700
Washington, D.C. 20005

                                                                                 s/ Leonard W. Sachs
                                                                                 Leonard W. Sachs