UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-mc-00549- JMF |
| | ) | |
| JACKSON HOSPITAL CORPORATION, | ) | Court of Appeals No. 04-1019 |
| d/b/a KENTUCKY RIVER MEDICAL CENTER, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR CONTINUANCE**

Jackson Hospital Corporation d/b/a Kentucky River Medical Center ("KRMC"), by Howard & Howard Attorneys, P.C., respectfully seeks a short continuance of the status conference currently scheduled for August 15, 2008, and in support of the Motion for Continuance, states:

1.      On August 7, 2008, the parties received notice through the Court's CM/ECF system that a status conference has been scheduled for August 15, 2008 at 2:00 p.m.

2.      Attorney Tracy C. Litzinger is not available on August 15, 2008. Because Ms. Litzinger has been the attorney responsible for the review and production of Electronically Stored Information ("ESI"), and because KRMC anticipates that the primary issue for discussion during the next status will relate to the status of ESI production, KRMC requests the Court continue the status conference.

3.      Counsel for KRMC has conferred with counsel for the National Labor Relations Board, and has identified the following dates and times that counsel for both parties would be

- 2 -

available for a re-scheduled status conference:  August 19, 2008 after 11:00 a.m. EDT; August 22, 2008, after 11:00 a.m. EDT; and August 25, 2008, after 11:00 a.m. EDT.

4. Counsel for KRMC conferred in good faith with the National Labor Relations Board, however, counsel for the Board does not consent to a continuance.

5. The short extension requested will not materially delay discovery in this matter.

6. This Motion is not submitted for any improper purpose, including unnecessary delay, harassment, or to needlessly increase the cost of litigation.

WHEREFORE, Jackson Hospital Corporation d/b/a Kentucky River Medical Center respectfully requests the Court grant its Motion for Continuance and establish a new date for the status conference.

Dated:  August 7, 2008.

                Respectfully submitted,

                HOWARD & HOWARD ATTORNEYS, P.C.

                By:     s/ Tracy C. Litzinger
                        Tracy C. Litzinger
                        211 Fulton Street, Suite 600
                        Peoria, IL 61602
                        (309) 999-6318 – direct phone
                        (309) 672-1568 - fax
                        tlitzinger@howardandhoward.com

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on August 7, 2008, she electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

Stanley R. Zirkin, Assistant General Counsel
Daniel F. Collopy, Deputy Assistant General Counsel
David H. Mori, Trial Attorney
National Labor Relations Board
Contempt Litigation & Compliance Branch
1099 14th Street, N.W.
Suite 10700
Washington, D.C. 20005

       I also certify that a true and correct copy of the foregoing document was served by First Class Mail, postage prepaid, on August 7, 2008, to the following non-CM/ECF participant(s):

Don Carmody
Post Office Box 3310
Brentwood, TN 37024-3310

                                                s/ Tracy C. Litzinger
                                                    Tracy C. Litzinger