UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

v.

JACKSON HOSPITAL CORPORATION, d/b/a
KENTUCKY RIVER MEDICAL CENTER,

    Respondent.

No. 1:07-mc-00549

## NATIONAL LABOR RELATIONS BOARD'S RESPONSE TO JACKSON HOSPITAL CORPORATION'S MOTION FOR CONTINUANCE.

In response to Respondent Jackson Hospital Corporation's Motion for Continuance filed on August 7, 2008, counsel for the National Labor Relations Board hereby notifies the Court that it does not oppose moving the date of the status conference to any of the dates and times specified in Respondent's motion.

Respectfully submitted,

/s/ David H. Mori
DAVID H. MORI
Trial Attorney
National Labor Relations Board
Contempt Litigation Branch
1099 14th Street, N.W., Suite 10700
Washington, D.C. 20570
(202) 273-3739

Dated at Washington, D.C.
this 7th day of August, 2008.

## CERTIFICATE OF SERVICE

I certify that on this date, one copy of the Board's Response to Jackson Hospital Corporation's Motion for Continuance was served on Respondent's counsel through ECF and email (TLitzinger@howardandhoward.com) and by regular mail at the following address:

>Tracy Litzinger, Esquire
>Howard and Howard
>211 Fulton Street, Suite 600
>Peoria, IL 61602

>/s/ David H. Mori
>David H. Mori

Dated in Washington, D.C.,
this 7th day of August, 2008.