

United States Government

# NATIONAL LABOR RELATIONS BOARD

Contempt Litigation and Compliance Branch

1099 14th St. N.W. St. 10700
Washington, D.C. 20570
TELEPHONE (202) 273-3743  FAX (202) 273-4244

July 1, 2008

**BY OVERNIGHT MAIL**

Hon. John M. Facciola
U.S. District Court for the
District of Columbia
333 Constitution Ave. N.W.,
Washington, DC 20001-2866

  RE:  No. 1:07-mc-00549 -- *NLRB v. Jackson Hospital Corp., d/b/a Kentucky River Medical Center*
       Contempt Lit. & Compliance Case Nos. 6-CA-5, *et al.*

Dear Judge Facciola:

   We are writing to provide you with an update on the status of Jackson Hospital's response to the Board's document requests.

   Since we last appeared before the Court on May 7, counsel for Jackson Hospital have informed us that they continue to confront difficulties in producing the ESI requested by the Board. To date, we have received no ESI from Jackson Hospital, but have recently been assured by Jackson Hospital counsel that they hope to produce requested ESI emails by July 11 and to produce all other remaining documents requested by the Board beginning on August 1. Jackson Hospital's counsel have indicated that they should have a better idea later this week as to when they hope to produce the balance of all requested ESI.

   Based on these developments, we have not been able to schedule or take deposition testimony in May and June as we had planned when the parties first discussed scheduling issues with you on January 25. The last word from Jackson Hospital counsel on Thursday (June 26) was that they did not believe that our first depositions could be scheduled before mid-September.

   The Board will continue to work closely with opposing counsel to resolve discovery disputes and hopefully conclude discovery in October. Under these circumstances, the October trial date set in your January 31 scheduling order will have to be addressed in order for the Board to make use of requested ESI. Although we hope it will not be necessary, it may be necessary to schedule another status conference in this matter.

2

Thank you for your time and consideration in these proceedings.

Sincerely,

David H. Mori
Attorney

Cc (Email Only):

Tracy Litzinger, Esquire
tlitzinger@howardandhoward.com

Leonard Sachs, Esquire
lsachs@howardandhoward.com